**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CURTIS E. BOSWELL,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **NO.  26-2903** |
| | : | |
| **HON. GREGORY O. YORGEY-GIRDY,** | : | |
| *et al.,* | : | |
| **Defendants.** | : | |

**ORDER**

**AND NOW**, this 13th day of July 2026, upon consideration of plaintiff Curtis E.

Boswell's motion to proceed *in forma pauperis* (DI 1), *pro se* complaint (DI 2), and motion to

appoint counsel (DI 6), it is **ORDERED**:

1.      Plaintiff's motion for leave to proceed *in forma pauperis* (DI 1) is **GRANTED**

pursuant to 28 U.S.C. § 1915.

2.      The Complaint is **DEEMED** filed.

3.      The Complaint is **DISMISSED WITHOUT PREJUDICE** for the reasons in the

court's memorandum.  Mr. Boswell shall have fourteen days to amend his complaint.  If Mr.

Boswell does not amend within fourteen days, the case is subject to dismissal with prejudice

without further notice. If Mr. Boswell amends but does not cure the deficiencies outlined in the

memorandum, the case is subject to dismissal with prejudice.

4.      The motion to appoint counsel (DI 6) is **DENIED as moot**.

5.      The Clerk of Court is **DIRECTED** to **CLOSE** this case.

_____
**MURPHY, J.**